AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

ANDREW N. YAO

BRYN MAWR, PA 19010
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR 06-27-UNA

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time<br>5/4/06 at 1:00 PM |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

To answer a(n)          ** Please Report to the U.S. Marshal's in Room# 100 by 12:00 pm.

x Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __1014 & 18:2__

Brief description of offense:

FALSE STATEMENTS ON LOAN APPLICATIONS - ( COUNTS I THRU XI, VIII & IX );
MAIL FRAUD - ( COUNT VII );
WIRE FRAUD - ( COUNT X );
MONEY LAUNDERING - ( COUNTS XI & XII );
BANKRUPTCY FRAUD - ( COUNTS XIII & XIV )

FILED
MAY -2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

MARCH 31, 2006 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: *Returned unclaimed*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned    5-1-06
            Date

DW Thomas
Name of United States Marshal

*[signature]*
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7939 8241**
Status: **Unclaimed**

Your item was returned to the sender on April 28, 2006 because it was not claimed by the addressee.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

