## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-27-GMS |
| | ) | |
| ANDREW N. YAO, | ) | |
| | ) | |
| Defendant. | ) | |

### RULE 12.4 DISCLOSURE STATEMENT BY GOVERNMENT

Pursuant to Federal Rule of Criminal Procedure 12.4(a)(2), the United States discloses that the following entities are organizational victims in the above-captioned case:

(1) **Wachovia Bank, N.A. and Wachovia Mortgage Corporation** -- Wachovia Corporation (NYSE WB) is a publicly held financial holding company that is the direct corporate parent of Wachovia Bank, N.A. Wachovia Mortgage Corporation is an operating subsidiary of Wachovia Bank, N.A. Wachovia Bank, N.A. is the successor to First Union National Bank of Georgia and First Union National Bank.

(2) **U.S. Bancorp Leasing and Financial, Inc.** - U.S. Bancorp Leasing and Financial, Inc. is a wholly-owned subsidiary of U.S. Bank. U.S. Bank is a wholly-owned subsidiary of U.S. Bancorp. U.S. Bancorp is a publicly held corporation.

(3) **Wilmington Trust of Pennsylvania** - The stock of Wilmington Trust of Pennsylvania is wholly owned by Wilmington Trust Corporation (NYSE WL), a publicly held

bank holding company.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: July 6, 2006