IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-27-GMS |
| vs. | : | |
| ANDREW N. YAO | : | |

### ORDER

**AND NOW**, this _____ day of _____, 2006, upon consideration of Defendant's Motion to Extend Deadline By Which to File Pretrial Motions filed by Defendant Andrew N. Yao, **IT IS ORDERED** that Defendant's Motion is **GRANTED**. He shall file and serve all pretrial motions on or before September 21, 2006. In addition, he waives his rights under the Speedy Trial Act, 18 U.S.C. Sections 3161 et seq., between July 21, 2006 and September 21, 2006.

**BY THE COURT:**

_____
**GREGORY M. SLEET,        J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-27-GMS |
| vs. | : | |
| ANDREW N. YAO | : | |

**DEFENDANT'S MOTION TO EXTEND DEADLINE
BY WHICH TO FILE PRETRIAL MOTIONS**

**TO THE HONORABLE GREGORY M. SLEET, JUDGE OF SAID COURT:**

AND NOW comes Defendant Andrew N. Yao, by his attorney, Thomas A. Dreyer, Esquire, and respectfully requests the Court to enter an Order extending the time by which he must file pretrial motions and, in support thereof, avers the following:

1. By Indictment dated March 28, 2006, Defendant was charged with 8 counts of False statement in violation of 18 U.S.C. Section 1014, one count of Mail fraud in violation of 18 U.S.C. Section 1341, one count of Wire fraud in violation of 18 U.S.C. Section 1343, two counts of Money laundering in violation of 18 U.S.C. Section 1957, and two counts of Bankruptcy fraud in violation of 18 U.S.C. Section 152(2).

2. On May 15, 2006, Mr. Dreyer was appointed to represent Defendant.

3. On June 1, 2006, Defendant entered pleas of not guilty to all counts at his arraignment and was ordered to file pretrial motions by July 21, 2006.

4. Between June 1, 2006 and the present time, Defendant has been attempting to retain the services of private counsel..

5. On or about July 14, 2006, Defendant retained Benjamin Brafman, Esquire to represent him in this matter.

6. On July 17, 2006, Mr. Brafman sent a letter to the Honorable Gregory M. Sleet that Defendant has retained him in this matter.

7. Discovery in this matter is voluminous.

8. Defendant hereby seeks an extension of time to file pretrial motions to September 21, 2006. (Because of the approaching deadline and because of Mr. Brafman's very recent involvement in the case, Mr. Brafman requested that Mr. Dreyer prepare and file the instant motion on Defendant's behalf.)

9. The Government has no objection to Defendant's request for an extension of time to file pretrial motions.

10. Defendant waives his rights under the Speedy Trial Act, 18 U.S.C. Sections 3161 et seq., between July 21, 2006 and September 21, 2006.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the deadline for the filing of pretrial motions from July 21, 2006 to September 21, 2006.

td347370
Thomas A. Dreyer, Esquire
6 Dickinson Drive
Building 100 – Suite 106
Chadds Ford, PA  19317
610-358-4454
Attorney for Andrew N. Yao

## **CERTIFICATE OF SERVICE**

I, Thomas A. Dreyer, Esquire, hereby certify that I served true and correct copies of the within Motion to Extend Deadline By Which to File Pretrial Motions upon the persons named below on the date listed below by first class mail, postage prepaid:

    Honorable Gregory M. Sleet
    United States District Court
    J. Caleb Boggs Federal Building
    844 King Street
    Lockbox 19
    Wilmington, DE  19801-3570

    Shannon Thee Hanson
    Assistant United States Attorney
    1007 Orange Street
    Suite 700
    P.O. Box 2046
    Wilmington, DE  19899-2046

                                        **td347370**
                                      Thomas A. Dreyer, Esquire

Dated:   July 17, 2006

Case 1:06-cr-00027-GMS    Document 11    Filed 07/17/2006    Page 5 of 5