## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE

26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

JENNIFER A. LIANG
ANDREA ZELLAN
BRIAN E. KLEIN
KAREN NEWIRTH

MARK M. BAKER
OF COUNSEL

July 17, 2006

**VIA FEDERAL EXPRESS**
Honorable Gregory M. Sleet
United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

**RE: UNITED STATES V. ANDREW N. YAO**
**CRIMINAL ACTION NO. 06-27**

Dear Judge Sleet:

I wish to respectfully inform the Court that the undersigned has been retained to appear as counsel for Mr. Yao in connection with the above-captioned matter and will proceed as counsel of record from this day forward. I have notified Assistant United States Attorney Shannon Hanson of our entry into this matter as well as Tom Dreyer, Mr. Yao's current Court appointed attorney.

I will make every effort to coordinate my substitution with prior counsel and the Government to ensure an orderly transition. I wish to thank your Honor for the courtesy extended in connection with these proceedings.

Respectfully,

Benjamin Brafman

cc: Shannon Hanson, Assistant United States Attorney *[Via Telefax 302-573-6200]*

Tom Dreyer *[Via Telefax 610-459-9206]*

Andrew N. Yao *[Via E-mail]*