IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action No. 06-27-GMS |
| vs. | : | |
| ANDREW N. YAO | : | |

## ORDER

AND NOW, this 18th day of July, 2006, upon consideration of Defendant's Motion to Extend Deadline By Which to File Pretrial Motions filed by Defendant Andrew N. Yao, **IT IS ORDERED** that Defendant's Motion is **GRANTED**. He shall file and serve all pretrial motions on or before September 21, 2006. In addition, he waives his rights under the Speedy Trial Act, 18 U.S.C. Sections 3161 et seq., between July 21, 2006 and September 21, 2006.

BY THE COURT:

_____
GREGORY M. SLEET, J.