IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. Action No. 06-27-GMS |
| against | : | |
| ANDREW N. YAO | : | |
| Defendant. | : | |

### ORDER

AND NOW, this ____22nd____ day of September, 2006, upon consideration of Defendant's motion to extend the deadline by which to file pre-trial motions, upon consent of the Government,

IT IS HEREBY ORDERED, that defendant's counsel shall file pre-trial motions on or before October 13, 2006;

IT IS FURTHER ORDERED, that, based on defendant's consent, the time between September 21, 2006 and October 13, 2006 is waived for the purpose of calculation under the Speedy Trial Act of Title 18, United States Code, Section 3161.

BY THE COURT

_____
HON. GREGORY M. SLEET
U.S. District Court Judge

FILED
SEP 2 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE