UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
                                :
     -against-                  :     Criminal Action No. 06-27
                                :
ANDREW N. YAO,                  :
                                :
                  Defendant.    :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October, 2006, a true and accurate copy of Defendant's Memorandum of Law in support of pretrial motions, Attorney Affidavit, and Notice of Motion, was served on the following via Federal Express Overnight delivery:

Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 King Street
Lockbox 19
Wilmington, Delaware  19801-3570

Shannon Hanson, Esq.
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware  19899

Clerk of Court
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware  19801

_____
Marc Agnifilo
Brafman & Associates
*Attorney for Andrew N. Yao*
767 Third Avenue, 26th Floor
New York, New York 10017
(212) 750-7800

Sworn to before me this
12th day of Oct., 2006

_____
Notary Public

MARK M BAKER
Notary Public, State of New York
No. 02BA 4502281
Qualified in Bronx County
Commission Expires 7/28/10