

U.S. Department of Justice

United States Attorney's Office
District of Delaware

1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

November 9, 2006

**Via CM/ECF**

The Honorable Gregory M. Sleet
United States District Judge
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   United States v. Andrew Yao - 06-27-GMS

Dear Judge Sleet:

      By this letter, the government requests a scheduling/status conference in the above-captioned case for the dual purpose of resolving the defendant's pending motion to dismiss and of setting a trial date for the Delaware-venued bankruptcy fraud as charged in Counts 13 and 14 of the Indictment.

      The government will dismiss Counts 1-12 of the Indictment, with the intention of prosecuting these charges against defendant Yao in the Eastern District of Pennsylvania. That will leave Counts 13 and 14 in the Delaware case concerning which no motions have been filed. Accordingly, the government requests the Court schedule trial as soon as possible, consistent with the Court's other calendar commitments.

      Please do not hesitate to contact me or Doug McCann should your Honor have questions about the case before the conference.

      Very truly yours,

      COLM F. CONNOLLY
      United States Attorney

      BY: _____
      Shannon Thee Hanson
      Assistant United States Attorney

cc: Marc Agnifilo, Esq.