IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-27 GMS |
| | : |
| ANDREW YAO | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a telephonic scheduling conference regarding the above-captioned defendant is scheduled for **Friday, December 1, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE. Counsel for the government is directed to arrange and initiate the conference call to counsel and the court.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

November 14, 2006