IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-27 |
| | ) | |
| ANDREW N. YAO, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE enter the appearance of Douglas E. McCann, Assistant United States Attorney, in the above-captioned case.

                                                    Respectfully submitted,

                                                    COLM F. CONNOLLY
                                                    United States Attorney

BY: _____
                                                    Douglas E. McCann
                                                    Assistant United States Attorney

Dated: November 14, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-27 |
| ) | |
| ANDREW N. YAO, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Marie Steel, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 14th day of November, 2006, I caused to be electronically filed an **Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was mailed via First Class mail to counsel of record as follows:

Benjamin Brafman, Esq.
Brafman & Associates, P.C.
767 Third Avenue
26th Floor
New York, NY 10017

_____
Marie Steel
Legal Assistant