IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-27 GMS |
| | ) | |
| ANDREW YAO | ) | |
| | ) | |
| Defendant | ) | |

## SCHEDULING ORDER

A scheduling conference regarding the above-captioned case was held on December 1, 2006. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendants in a speedy trial. The time period between the date of this Order and March 12, 2007, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

IT IS HEREBY ORDERED that:

1. The court will hold a pre-trial conference on **March 1, 2007, at 10:00 a.m.** Counsel for the defendant will be permitted to participate by telephone. No later than **one week prior to this conference**, counsel for the government will submit a joint set of jury instructions, with supporting authorities and objections, along with any proposed special voir dire of the jury panel. This submission will be accompanied by a computer diskette which contains a copy of these instructions and proposed special voir dire. Counsel will work out their own briefing schedule regarding any motions in limine. Motions in limine will be submitted in a manner so that briefing on them is completed on the day that the joint set of jury instructions and the proposed voir dire is due.

2.      Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea (except to all counts of the indictment or information) will be noticed on or before the date of the pre-trial conference. The guilty plea will be entered on or before the day trial is set to commence.

3.      A 3-day, jury trial is scheduled to commence on **March 12, 2007, at 9:00 a.m.** in Courtroom 4A on the fourth floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel are to arrive in chambers at **8:30 a.m.** on the first morning of the trial.

_____
UNITED STATES DISTRICT JUDGE

December __5__, 2006



FILED

DEC - 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE