LAW OFFICES
# McMONAGLE PERRI & McHUGH & MISCHAK
*A Professional Corporation*

Brian J. McMonagle
Fortunato N. Perri, Jr.
Walter J. McHugh
David B. Mischak
S. Philip Steinberg

*Also member of NJ bar*

One Penn Square West, Suite 701
30 S. 15th Street
Philadelphia, PA 19102
Office (215) 981-0999
Fax (215) 981-0977

January 16, 2007

Peter T. Dalleo
CLERK OF DELAWARE DISTRICT COURT
United States District Court
844 King Street, Lockbox 18
Wilmington, DE. 190801

RE:  **UNITED STATES OF AMERICA v. ANDREW N. YAO**
     *Criminal No. 06-27* GMS

Dear Mr. Dalleo:

Enclosed please find an original and four copies of my Entry of Appearance, and the required Disk on behalf of my client Andrew N. Yao, in the above referenced matter to be filed.

Please be so kind as to send me a time-stamped copy for my files. I have enclosed a self-addressed stamped envelope for your convenience.

Thank you for your courtesy and consideration.

Very truly yours,

BRIAN J. MCMONAGLE

BJM/jr
Enclosure