

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| ANDREW N. YAO | : | NO. 06-27 |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

KINDLY, enter my appearance on behalf of the Defendant, ADREWS YAO, in the above-captioned matter.

_____
BRIAN J. MCMONAGLE, ESQUIRE
Attorney for Defendant
Andrew N. Yao

DATED: 1-16-07