

## BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE

26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

JENNIFER A. LIANG
ANDREA ZELLAN
BRIAN E. KLEIN
KAREN NEWIRTH

MARK M. BAKER
OF COUNSEL

January 19, 2007

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Lockbox 19
Wilmington, Delaware  19801-3570

      Re.   United States v. Andrew N. Yao
             Criminal Action Number 06-27-GMS

Dear Judge Sleet:

    In light of the filing of a Notice of Appearance by new counsel, enclosed please find a motion filed on behalf of prior defense counsel that we be permitted to withdraw as counsel for Andrew Yao in this matter.

    Please also accept our gratitude for the courtesies the Court has shown to Mr. Brafman and to me at every stage of these proceedings. It has indeed been an honor and a pleasure to appear in this Court, and we look forward to appearing before Your Honor in the future. This gratitude extends to the United States Attorney's Office in your District, which likewise has shown great courtesy to us and to our client.

    Thank you.

                                         Respectfully submitted,

                                         Marc Agnifilo, Esq.

cc:   Benjamin Brafman, Esq.
      AUSA Shannon Hanson
      Brian McMonagle, Esq.
      Andrew N. Yao