IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. Action No. 06-27-GMS |
| against | : | |
| ANDREW N. YAO | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this \_\_\_\_24th\_\_\_\_ day of January, 2007, upon consideration of counsel's motion to withdraw as counsel in light of the filing of a Notice of Appearance by new counsel,

IT IS HEREBY ORDERED, that Benjamin Brafman, Esq. and Marc Agnifilo, Esq., of the law firm Brafman & Associates are permitted to withdraw as counsel in this matter, and that from the date of this Order forward shall not be counsel of record;

IT IS FURTHER ORDERED, that Brian McMonagle, Esq. shall from the date of this Order forward be counsel of record.

BY THE COURT

HON. GREGORY M. SLEET
U.S. District Court Judge

FILED
JAN 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE