LAW OFFICES
## McMONAGLE PERRI McHUGH & MISCHAK
*A Professional Corporation*

Brian J. McMonagle
Fortunato N. Perri, Jr.
Walter J. McHugh
David B. Mischak
S. Philip Steinberg

*Also member of NJ bar*

One Penn Square West, Suite 701
30 S. 15th Street
Philadelphia, PA 19102
Office (215) 981-0999
Fax (215) 981-0977

February 28, 2007

Peter T. Dalleo
CLERK OF DELAWARE DISTRICT COURT
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 18
Wilmington, DE. 19801

RE:   **UNITED STATES OF AMERICA v. ANDREW N. YAO**
      *Criminal No. 06-27*

Dear Mr. Dalleo:

Enclosed please find an original and four copies of the BRIEF IN SUPPORT OF MOTION TO BAR THE GOVERNMENT FROM INTRODUCING CERTAIN EVIDENCE RELATING TO PRIOR BAD ACTS, on behalf of my client Andrew N. Yao, in the above referenced matter to be filed. Copies of these Motions will be forwarded to the Honorable Gregory M. Sleet, Shannon Thee Hanson, Assistant United States Attorney and Douglas Edward McCann, Assistant United States Attorney.

Please be so kind as to send me a time-stamped copy for my files. I have enclosed a self-addressed stamped envelope for your convenience.

Thank you for your courtesy and consideration.

Very truly yours,

BRIAN J. MCMONAGLE

BJM/jr
Enclosure