IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-27 GMS |
| | : |
| ANDREW YAO | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the pretrial conference regarding the above-captioned case is rescheduled to **Tuesday, March 6, 2007, at 4:30 p.m., in Courtroom 4A,** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

March 2, 2007