IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ANDREW N. YAO,<br><br>    Defendant. | )<br>)<br>)<br>)   Criminal Action No. 06-27-GMS<br>)<br>)<br>)<br>) |

**VERDICT FORM**

As to Count 1 - BANKRUPTCY FRAUD (in connection with false oath - A. Karlsen)

  __X__ Guilty           _____ Not Guilty.

As to Count 2 - BANKRUPTCY FRAUD (in connection with false oath - Gambling)

  __X__ Guilty           _____ Not Guilty.

