IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 06-27 GMS |
| | ) |
| ANDREW YAO | ) |
| | ) |
| Defendant. | |

## **ORDER**

    IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for twelve jurors engaged in the above entitled case on March 14, 2007.


Dated: March 14, 2007                      /s/ Gregory M. Sleet
                                                  UNITED STATES DISTRICT JUDGE