IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-27-GMS |
| | ) |
| ANDREW N. YAO, | ) |
| | ) |
| Defendant. | ) |

ORDER

IT IS HEREBY ORDERED this 15th day of May, 2007, that, pursuant to Federal Rule of Criminal Procedure 48(a), the Government's Motion to Dismiss Without Prejudice Counts 1-12 of the Indictment is GRANTED, for the reasons stated in the government's motion.

Honorable Gregory M. Sleet
United States District Judge

FILED

MAY 1 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE