IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-27-GMS |
| | ) | |
| ANDREW N. YAO, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

The United States of America, by its attorneys, Shannon Thee Hanson and Douglas E. McCann, Assistant United States Attorneys, and Colm F. Connolly, United States Attorney for the District of Delaware, respectfully requests a continuance in this matter. In support of this motion, counsel avers as follows:

1. On March 28, 2006, the grand jury returned a fourteen (14) count indictment against defendant Andrew Yao, charging him with mail, wire and bankruptcy fraud, false statements to a bank, and illegal monetary transactions. Docket Item ("D.I.") 2.

2. On March 12-14, 2007, Counts 13 and 14, were tried before a jury in the District of Delaware.[1] The defendant was convicted on both counts. D.I. 45. At the government's request, the Court dismissed the remaining counts without prejudice in the District of Delaware on May

---

[1] On October 13, 2006, the defendant filed motions and supporting memoranda to dismiss Counts 1-12 of the Indictment. D.I. 16 & 17. On November 9, 2006, government counsel wrote to the Court (copying defense counsel) indicating that it would dismiss Counts 1-12 of the Indictment, with the intention of prosecuting these charges against defendant Yao in the Eastern District of Pennsylvania. D.I. 19. No motions were filed with respect to Counts 13 and 14, which went to trial before the Court.

17, 2007. D.I. 49 & 50. Ten of those counts were reindicted in the Eastern District of of Pennsylvania on May 23, 2007. The defendant's initial appearance and arraignment on the outstanding charges in Pennsylvania was held on June 14, 2007.

3. The defendant's Delaware sentencing is scheduled for June 21, 2007 at 9:15 a.m.

4. Between the March 2007 verdict and the indictment of the defendant in the Eastern District of Pennsylvania, the parties diligently attempted to reach a global resolution of the remaining charges. That attempt failed. In light of the parties' plea negotiations, the presentence investigation process did not move forward in its typical fashion. For example, the defendant first met with the probation officer on June 7, 2007. Accordingly, and to insure that the Probation Office has all necessary and sufficient information to prepare a thorough presentence investigation report, the parties respectfully request that sentencing be postponed to a date certain between September 1 and October 1, 2007.

5. Government counsel has reviewed this Motion with Brian McMonagle, counsel for Mr. Yao and can represent to the Court that Mr. McMonagle does not oppose granting this Motion.

7. WHEREFORE, the government respectfully requests that the Court grant the

sentencing continuance. A proposed Order is attached.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY: _____
      Shannon Thee Hanson
      Douglas E. McCann
      Assistant United States Attorney
      1007 Orange Street, Suite 700
      Wilmington, Delaware 19899
      (302) 573-6277 x128

Dated: June 15, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-27-GMS |
| | ) |
| ANDREW N. YAO, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

And now, this _____ day of June, 2007, the Court being advised of (1) the need for additional time to complete the presentence report in the above-case; (2) the request that sentencing be set between September 1, 2007 and October 1, 2007; and (3) the government's representations to the Court that counsel for defendant Yao does not oppose the relief requested in the Motion,

**IT IS HEREBY ORDERED** that sentencing in this case be continued from June 21, 2007 until _____.

_____<br>
The Honorable Gregory M. Sleet<br>
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that two copies of the attached Motion to Continue Sentencing were sent by first-class mail on June 15, 2007 to the following:

Brian McMonagle, Esq.
McMonagle Perri McHugh and Mischak
One Penn Square West, Suite 701
30 S. 15th Street
Philadelphia, PA 19102

Counsel for Andrew N. Yao

and

Mr. Walter P. Matthews, III, Esq.
Senior United States Probation Officer
J. Caleb Boggs Federal Building
844 King Street
Lockbox #39
Wilmington, DE 19801
(302) 252-2962

_____
Shannon Thee Hanson
Assistant United States Attorney