IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-27-GMS |
| | ) |
| ANDREW N. YAO, | ) |
| | ) |
| Defendant. | ) |

ORDER

And now, this 19th day of June, 2007, the Court being advised of (1) the need for additional time to complete the presentence report in the above-case; (2) the request that sentencing be set between September 1, 2007 and October 1, 2007; and (3) the government's representations to the Court that counsel for defendant Yao does not oppose the relief requested in the Motion,

IT IS HEREBY ORDERED that sentencing in this case be continued from June 21, 2007 until September 26, 2007 at 9:30 a.m.

                                                                   _____
                                                                    The Honorable Gregory M. Sleet
                                                                    United States District Judge

FILED

JUN 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE