IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-27 |
| | : | |
| ANDREW YAO | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

    Kindly enter my appearance on behalf of defendant Andrew Yao in the above captioned matter.

Dated: September 20, 2007        Respectfully submitted,

                                          CEDRONE & JANOVE

                                  By: _____
                                          Mark E. Cedrone
                                          Suite 940 Public Ledger Building
                                          150 South Independence Mall West
                                          Sixth & Chestnut Streets
                                          Philadelphia, PA 19106
                                          (215) 925-2500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served this 20th day of September, 2007, via facsimile upon the following:

> Shannon Thee Hanson, Esquire
> United States Attorney's Office
> The Nemours Building
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, DE 19899-2046
>
> Brian McMonagle, Esquire
> McMonagle, Perri, McHugh & Mischak, P.C.
> One Penn Square West
> 30 South 15th Street
> Suite 701
> Philadelphia, PA 19102

_____
Mark E. Cedrone

**CEDRONE & JANOVE**
ATTORNEYS AT LAW

SUITE 940 PUBLIC LEDGER BUILDING
150 SOUTH INDEPENDENCE MALL WEST
SIXTH & CHESTNUT STREETS
PHILADELPHIA, PA 19106
215.925.2500
215.925.6471 FAX

413 ROUTE 70 EAST
CHERRY HILL, NJ 08034
856.857.9400
856.857.9455 FAX

MARK E. CEDRONE
ADMITTED IN PENNSYLVANIA
mcedrone@cedronejanove.com

September 20, 2007

Clerk's Office
United States District Court
for the District of Delaware
United States Courthouse
Lock Box 18
844 North King Street
Wilmington, DE 19801

Re: *United States v. Yao*, Criminal No. 06-27 (D.De.)

Dear Sir/Madam:

I represent defendant Andrew Yao in the above captioned matter. Enclosed for filing is an original and one (1) copy of my Entry of Appearance on behalf of Mr. Yao. Also enclosed is a computer disk containing the document in pdf format.

If you have any questions, please feel free to call me.

Sincerely,

Mark E. Cedrone

MEC/jtc

cc: Andrew Yao (via e-mail)
    Brian McMonagle, Esquire (via facsimile)
    AUSA Shannon Thee Hanson (via facsimile)

RECEIVED
SEP 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE