IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                               ) | |
|            Plaintiff,                                  ) | |
|                                                               ) | |
| v.                                                         ) | Criminal Action No. 06-27 GMS |
|                                                               ) | |
| ANDREW YAO,                                   ) | |
|                                                               ) | |
|            Defendant.                              ) | |

## ORDER

At Wilmington this 24th day of September, 2007, having reviewed and duly considered the government's Unopposed Motion for Sentencing Conference (D.I. 54);

IT IS ORDERED that the government's motion for sentencing is GRANTED in part and DENIED in part. The currently scheduled sentencing hearing in this matter is continued until **Monday, October 22, 2007, at 10:00 a.m.** The government's request for a scheduling conference is DENIED.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

SEP 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE