CEDRONE & JANOVE
ATTORNEYS AT LAW

SUITE 940 PUBLIC LEDGER BUILDING
150 SOUTH INDEPENDENCE MALL WEST
SIXTH & CHESTNUT STREETS
PHILADELPHIA, PA 19106
215.925.2500
215.925.6471 FAX

413 ROUTE 70 EAST
CHERRY HILL, NJ 08034
856.857.9400
856.857.9455 FAX

MARK E. CEDRONE
ADMITTED IN PENNSYLVANIA
mcedrone@cedronejanove.com

October 2, 2007

*Via Facsimile*

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
 In and For the District of Delaware
The J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lock Box 19
Wilmington, DE 19801



**FILED**

OCT - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

     Re:    *United States v. Andrew Yao*
           Criminal Action, No. 06-27-GMS

Dear Judge Sleet:

    I, and attorney Brian McMonagle, represent Andrew Yao, the defendant in the above-captioned matter in which sentencing is currently scheduled for Monday, October 22, 2007. I write today, at the suggestion of your Courtroom Deputy, April Walker, with whom I spoke yesterday, and with the consent of Assistant United States Attorney Shannon Hanson, to request that Mr. Yao's sentencing be continued for <u>at least one week</u>.

    I make this request because of a longstanding competing professional commitment. Specifically, I represent the defendant in the matter of *United States v. John Carter*, Criminal No. 07-295 (E.D.Pa.) in which sentencing is also scheduled for Monday, October 22 and has been so scheduled since July 31, 2007. (Attached hereto as Exhibit "A" is a copy of the E.D. Pa. Court's July 31, 2007 Notice scheduling sentencing in *United States v. Carter* for October 22, 2007.)

    The *Carter* matter is a complicated fraud case. There are many outstanding issues to be litigated including fraud loss calculation and specific offense adjustments. That matter is further complicated because Mr. Carter, and some prospective witnesses, hail from Massachusetts or other New England venues. Because of my preparatory and appearance commitments in *United States v. Carter*, I can neither be prepared for, nor appear at, Mr. Yao's sentencing, as currently scheduled. Although I am not Mr. Yao's only counsel,[1] I have been pulling the laboring oar with respect to some of the sentencing issues. I have consulted with Assistant United States Attorney Shannon Hanson concerning this request. Ms. Hanson has advised me that the government consents to the requested continuance.

---

[1] As you know, at trial attorney Brian McMonagle represented Mr. Yao.

CEDRONE & JANOVE
ATTORNEYS AT LAW

The Honorable Gregory M. Sleet
October 2, 2007
Page 2


For all these reasons, I request a continuance of <u>at least one week</u>.[2]  Once I dispatch my obligations in *United States v. Carter*, I can then prepare a Sentencing Memorandum in this case and submit it to Your Honor several days in advance of sentencing.

I hope the informality of this request does not offend the Court.  If it does, I apologize. Finally, I thank the Court in advance for whatever consideration it may give to this request.


Respectfully

*[signature]*

MEC/ctm                                Mark E. Cedrone

cc:    Assistant United States Attorney Shannon Hanson (*Via Facsimile*)
       Walter P. Matthews (*Via Facsimile*)
       Andrew Yao (*Via E-mail*)
       Brian McMonagle, Esquire (*Via Facsimile and E-mail*)

---

[2] Personally I prefer a continuance of slightly more than one week.  I should inform the Court, however, that the government does not want to defer this matter too long.

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: July 31, 2007 |
| vs. | : | |
| | : | |
| JOHN S. CARTER | : | Criminal No. 07-295 |
| 74 Grand Island Drive | | |
| Oserville, MA 02655 | | |

### REVISED NOTICE

**TAKE NOTICE** that the above-entitled case has been set for sentencing in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on Monday, October 22, 2007 at 2:00 p.m. before the Honorable R. Barclay Surrick. In Courtroom 8-A, 8th Floor.

ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.

Counsel shall file any Sentencing Memorandum or Change of Plea Memorandum **three (3)** days prior to the scheduled proceeding. Please fax a copy of the memorandum to the undersigned.

Very truly yours,

/s/ *Michael Finney*
Deputy Clerk to Judge R. Barclay Surrick
267-299-7639 (Office)
267-299-7638 (Fax)
Notice to:
Defendant
M. Cedrone, Defense Counsel
J. Pease, AUSA **(via email)**
 U.S. Marshal **(via email)**
 Probation Office **(via email)**
 Pretrial Services **(via email**
 L. Bowman **(via email)**

**INTERPRETER REQUIRED**
**[X ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM** 9/4/2007

Cr4 (rev. 8/98)

# CEDRONE & JANOVE

Suite 940 – The Public Ledger Building
6th and Chestnut Streets
Philadelphia, PA 19106
Telephone: (215) 925-2500
Facsimile: (215) 925-6471

## FAX COVER SHEET

From:     Mark E. Cedrone                                      October 2, 2007

File:     *United States v. Andrew Yao*
          Criminal Action, No. 06-27-GMS

| RECIPIENTS | TELEPHONE | TELEFAX |
|---|---|---|
| The Honorable Gregory M. Sleet | | (302) 573-6472 |
| AUSA Shannon Thee Hanson | (302) 573-6277 | (302) 573-6220 |
| Brian McMonagle | (215) 981-0999 | (215) 981-0977 |
| Probation Officer Walter Matthews | (302) 252-2950 | (302) 573-6658 |

Pages:     __3__ (including cover).

Original will not follow ☐; or  Original will follow ☐ via regular mail ☐ other ☐.

If you do not receive all the pages, please call: Cathy  at 215-925-2500

### ATTENTION

CHECK TO MAKE CERTAIN THAT YOU ARE THE INTENDED RECIPIENT OF THIS DOCUMENT

The information contained in this facsimile message is information protected by attorney-client privilege and/or the attorney-client work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.