IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Criminal Action No. 06-27 GMS |
| | ) |
| ANDREW YAO | ) |
| | ) |
| Defendant | ) |

**ORDER**

IT IS HEREBY ORDERED that:

1. The sentencing hearing in the above-captioned case currently scheduled for Tuesday, November 6, 2007, at 2:00 p.m. is continued;

2. The parties will submit a proposed briefing schedule with regard to whether the court should apply U.S.S.G. § 2B1.1 or U.S.S.G. § 2J1.3 in calculating the defendant's advisory Sentencing Guideline range. The schedule will set forth one date on which the parties will simultaneously file their briefs; and

3. The sentencing hearing will be rescheduled at a later date in accordance with the court's calendar.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November __5__, 2007



FILED

NOV - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE