# CEDRONE & JANOVE
### ATTORNEYS AT LAW

SUITE 940 PUBLIC LEDGER BUILDING
150 SOUTH INDEPENDENCE MALL WEST
SIXTH & CHESTNUT STREETS
PHILADELPHIA, PA 19106
215.925.2500
215.925.6471 FAX

MARK E. CEDRONE
ADMITTED IN PENNSYLVANIA
mcedrone@cedronejanove.com

413 ROUTE 70 EAST
CHERRY HILL, NJ 08034
856.857.9400
856.857.9455 FAX

November 8, 2007

*VIA FACSIMILE*
The Honorable Gregory M. Sleet
Chief Judge, United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building, Room 4324
844 North King Street
Wilmington, DE 19801

    Re:    *United States v. Yao*, Criminal No. 06-27 (D.De.)

Dear Judge Sleet:

    As the Court knows, I, along with Brian McMonagle, represent Andrew Yao, defendant in the above-captioned matter. On November 5, 2007, the Court issued an Order, which, in part, directed that the parties submit a "proposed briefing schedule with regard to whether the Court should apply U.S.S.G. §2B1.1 or U.S.S.G. §2J1.3 in calculating the defendant's advisory guideline range." I have consulted with Assistant United States Attorney Sharon Hanson and the parties have agreed to submit their respective briefs by the end of business next Friday, November 16, 2007. Ms. Hanson and I hope this is acceptable to the Court. Assuming the acceptability of this schedule, the parties understand that the Court will thereafter reschedule sentencing consistent with the Court's calendar.

    Ms. Hanson and I await the Court's guidance with respect to these scheduling matters.

                      Respectfully,

                      MARK E. CEDRONE

MEC:rc
cc:    Probation Officer Walter P. Matthews, III *(via e-mail.)*
        AUSA Shannon Hanson *(via e-mail)*
        Brian J. McMonagle, Esquire *(via e-mail)*
        Mr. Andrew Yao *(via e-mail)*



FILED
NOV - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# CEDRONE & JANOVE

Suite 940 – The Public Ledger Building
6th and Chestnut Streets
Philadelphia, PA 19106
Telephone: (215) 925-2500
Facsimile: (215) 925-6471

## FAX COVER SHEET

From:   Mark E. Cedrone                                                November 9, 2007

File:   *United States v. Andrew Yao*
        Criminal Action, No. 06-27-GMS

| RECIPIENTS | TELEPHONE | TELEFAX |
|---|---|---|
| The Honorable Gregory M. Sleet | | (302) 573-6472 |

Pages:   __2__ (including cover).

Original will not follow ☐; or Original will follow ☐ via regular mail ☐ other ☐.

If you do not receive all the pages, please call: Cathy at 215-925-2500

### ATTENTION

CHECK TO MAKE CERTAIN THAT YOU ARE THE INTENDED RECIPIENT OF THIS DOCUMENT

The information contained in this facsimile message is information protected by attorney-client privilege and/or the attorney-client work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent responsible to deliver it to the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via U.S. Postal Service.