IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          :
                                  :
v.                                :        Criminal No. 6-27-GMS
                                  :
ANDREW YAO                        :

## NOTICE OF APPEAL

Notice is hereby given that Andrew Yao, defendant in the above captioned matter, hereby appeals to the United States Court of Appeals for the Third Circuit the conviction embodied by this Court in its Judgment entered on March 25, 2008

Dated: March 31, 2008                     Respectfully submitted,

                                          CEDRONE & JANOVE

                                          By: /s/
                                          Mark E. Cedrone
                                          Suite 940 Public Ledger Building
                                          150 South Independence Mall West
                                          6th and Chestnut Streets
                                          Philadelphia, PA 19106
                                          Telephone: (215) 925-2500